

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Texas Southern University, Texas Southern University
President Leisa Crumpton-Young and General Counsel
Hao Le v. Mary Young

Appellate case number:    01-22-00913-CV

Trial court case number:  2022-77744

Trial court:                      127th District Court of Harris County

On January 3, 2023, appellants filed a "Motion For Leave to Consolidate Jurisdictional Response and Opening Brief," seeking to file a single brief containing both its jurisdictional response and its substantive appellate arguments on January 9, 2023. We grant appellants' motion.

However, if appellants do not file its consolidated brief on January 9, 2023 or seek an extension to file its brief, **appellants' jurisdictional response to our December 29, 2022 order is still due in this Court no later than 5:00 p.m. Monday, January 9, 2023**. No further extensions will be granted on the jurisdictional response.

It is so ORDERED.

Judge's signature: _____/s/ Terry Adams_____
                               ☒ Acting individually      ☐ Acting for the Court

Date: __January 5, 2023___